UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OUSMAN GUMANEH, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 2:18-cv-00578-VEH-SGC |
| KRISTJEN NIELSEN, Secretary of Homeland Security, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on June 28, 2018, recommending that this court grant Ousman Gumaneh's petition for a writ of habeas corpus under an order of supervision and deny Gumaneh's request for expedited oral hearing. (Doc. 11). The magistrate judge advised the parties of their right to file specific written objections within fourteen days, but no party filed objections within the allotted time. (*Id.* 11-12).

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. In accordance with the recommendations, the court finds that the petition for a writ of habeas corpus (Doc. 1) is due to be **GRANTED** and the motion for expedited oral hearing (Doc. 11) is due to be **DENIED**.

A separate order will be entered.

DONE and ORDERED this 23rd day of July, 2018.

                                           **VIRGINIA EMERSON HOPKINS**
                                           United States District Judge