# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| OUSMAN GUMANEH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.:  2:18-cv-00578-VEH-SGC |
| ) | |
| KRISTJEN NIELSEN, Secretary of ) | |
| Homeland Security, et al., ) | |
| ) | |
| Respondents. ) | |

## FINAL JUDGMENT

In accordance with the accompanying Memorandum Opinion and with Rule 58 of the *Federal Rules of Civil Procedure*, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the petition for a writ of habeas corpus (Doc. 1) is **GRANTED** and the motion for expedited oral hearing (Doc. 10) is **DENIED**.

The parties shall bear their respective costs.

DONE and ORDERED this 23rd day of July, 2018.

**VIRGINIA EMERSON HOPKINS**
United States District Judge